NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-1615

Lynell Jackson Ross

- - Versus - -

Dr. Frances Ralph Dauterive, Dr. Bruce Cleland, and East
Baton Rouge Medical Center, LLC d/b/a Ochsner Medical
Center - Baton Rouge

19th Judicial District Court
Case #: 627316
East Baton Rouge Parish

On Application for Rehearing filed on 12/16/2020 by Lynell Jackson Ross

Rehearing _____ **DENIED** _____

J. Michael McDonald

Jewel E. "Duke" Welch

Wayne Ray Chutz

Date ⌐JAN 2 5 2021

Rodd Naquin, Clerk